*Ronald D. Japha*, in opposition.

Decided March 25, 2003

## STATE OF CONNECTICUT *v.* JOSEPH R. PRANCKUS III

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 80 (AC 21265), is denied.

*Auden Grogins,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided March 25, 2003